1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Tommy L. Peck

7

8             **UNITED STATES DISTRICT COURT**
              **CENTRAL DISTRICT OF CALIFORNIA**
9

10 TOMMY L. PECK,                    ) Case No.: CV09-8422 FMO
                                     )
11         Plaintiff,                ) ORDER AWARDING EQUAL
                                     ) ACCESS TO JUSTICE ACT
12      vs.                          ) ATTORNEY FEES AND EXPENSES
                                     ) PURSUANT TO 28 U.S.C. § 2412(d)
13 MICHAEL J. ASTRUE,                ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security, ) U.S.C. § 1920
14                                   )
           Defendant                 )
15                                   )
   _____ )
16

17     Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19     IT IS ORDERED that fees and expenses in the amount of $4,000.00 as

20 authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

21 DATE:  4/6/11

22                              _____/s/_____
                                THE HONORABLE FERNANDO M. OLGUIN
23                              UNITED STATES MAGISTRATE JUDGE

24

25

26

-1-

1 | Respectfully submitted,
2 | LAW OFFICES OF Lawrence D. Rohlfing
3 | /s/ Steven G. Rosales
  | _____
4 | Steven G. Rosales
  | Attorney for plaintiff Tommy L. Peck
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26