1 Steven G. Rosales
Attorney at Law: 222224
2 Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3 Santa Fe Springs, CA 90670
Tel.: (562)868-5886
4 Fax: (562)868-8868
E-mail: rohlfing_office@speakeasy.net
5
Attorneys for Plaintiff
6 Tommy L. Peck

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOMMY L. PECK, | Case No.: CV 09-8422 FMO |
| Plaintiff, | AMENDED ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,600.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Amended Stipulation. The parties' prior Stipulation (Docket at 20) and the Court's prior Order (Docket at 21) awarding fees in the amount of $4,000 is stricken.

DATE: 4/22/11

_____/s/_____
THE HONORABLE FERNANDO M. OLGUIN
UNITED STATES MAGISTRATE JUDGE

-1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3         /s/ Steven G. Rosales
   _____
4  Steven G. Rosales
   Attorney for plaintiff Tommy L. Peck
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26