# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY L. PECK,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>        Defendant. | NO. CV 09-8422 FMO<br><br><br><br>**JUDGMENT** |

**IT IS ADJUDGED** that plaintiff's counsel be awarded attorney's fees in the amount of Sixteen Thousand Five Hundred and Ninety Eight dollars and forty three cents ($16,598.43), pursuant to 42 U.S.C. § 406(b). In light of the previous payment of EAJA fees, Steven G. Rosales shall reimburse plaintiff the amount of Three Thousand and Six Hundred dollars ($3,600.00).

Dated this 8th day of May, 2012.

                                                                                  /s/
                                                      Fernando M. Olguin
                                          United States Magistrate Judge